Writ of Mandamus Denied, Opinion issued October 9 , 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01334-CV

IN RE TERRY DAVIS, Relator

Original Proceeding from the 422nd Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 23110-422

## MEMORANDUM OPINION

Before Justices Morris, Richter, and Lang-Miers
Opinion by Justice Lang-Miers

Relator contends the trial court violated a ministerial duty by not ruling on his motion for reformation of judgment. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *In re Coston*, 07-03-0366-CV, 2003 WL 21939465 at *1 (Tex. App.–Amarillo Aug. 13, 2003, orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

ELIZABETH LANG-MIERS
JUSTICE